IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jean Torres, *et al.*, | No. CV-21-01743-PHX-JJT (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Pinal, *et al.*, | |
| Defendants. | |

IT IS HEREBY ORDERED directing the Clerk of Court to seal the entire Notice of Removal at Document 1.

IT IS FURTHER ORDERED that Defendants shall, no later than October 20, 2021, file a redacted version of the Notice of Removal at Document 1 pursuant to Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, using only the minor's initials.

IT IS FURTHER ORDERED that all subsequent filings shall refer to the minor only by their initials.

Dated this 15th day of October, 2021.

Honorable John J. Tuchi
United States District Judge